DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADNAN MOUNEIMNE,

Appellant,

v.

ZAIN YAWER NENSEY and ZN ENTERPRISES, LLC, and
MIDWEST LIVERY, LLC, an Ohio limited liability company,

Appellee.

No. 2D2025-1691

_____

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Sabrina Crystal Bracero of Law Office of Sabrina Bracero, Orlando, for Appellant.

Joshua S. Olin of Kurkin Forehand Brandes LLP, Aventura, for Appellee.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.